# DAWN M. CARDI
## & ASSOCIATES

Associate
Chad L. Edgar

Of Counsel
Robert B. Anesi

July 1, 2009

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

Re:    United States v. Aafia Siddiqui, 08 Cr. 826 (RMB)

Dear Judge Berman:

We represent defendant Aafia Siddiqui in the above-captioned proceeding. We write to respectfully submit the enclosed expert report of L. Thomas Kucharski redacted in part and marked as Exhibit DX 1. The expert report of L. Thomas Kucharski is submitted as part of defendant Aafia Siddiqui's direct evidence at the upcoming July 6, 2009 competency hearing. We request that the annexed report be admitted as evidence at the upcoming competency hearing and be publicly filed.

Defense counsel has conferred with the government concerning Exhibit DX 1 and the government consents to its admission at the competency hearing.

Respectfully submitted,

DAWN M. CARDI & ASSOCIATES

By:    Dawn M. Cardi
Chad L. Edgar
*Attorneys for Defendant Aafia Siddiqui*
212.481.7770 (tel.)
212.684.3008 (fax)

cc:    David Raskin
Christopher LaVigne
Assistant United States Attorneys

Two Park Avenue, 19th Floor • New York, NY 10016 • 212.481.7770 TELEPHONE • 212.684.3008 FACSIMILE • 917.543.9993 MOBILE • info@cardilaw.com • www.cardilaw.com