UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

UNITED STATES OF AMERICA

       -against-

AAFIA SIDDIQUI,

                Defendant.

--------------------------------------------------------------X

**Redacted**

**DECLARATION**

08 Cr. 826 (RMB)

| STATE OF NEW YORK | ) |
|---|---|
| | ) ss : |
| COUNTY OF NEW YORK | ) |

      Chad L. Edgar, pursuant to Title 28 U.S.C. § 1746, hereby declares under penalty of perjury that he is counsel to defendant Aafia Siddiqui (hereafter "Dr. Siddiqui") and, in that capacity, he makes this declaration in support of the relief sought in the accompanying Notice of Motion dated September 8, 2009.  The following statements asserted as facts are based upon my examination of the indictment, complaint, all materials provided by the government and upon review of the record and all proceedings in this case.

1.     To date, Dr. Siddiqui has been arraigned by indictment in the above-referenced proceeding.

2.

2

3.

4.

3

5.

6.

7.

8.

9.     On September 7, 2009, the government provided defense counsel with a copy of the certificate that they obtained from Attorney General Michael B. Mukasey on September 2, 2008 in connection with their indictment of Dr. Siddiqui for violating 18 U.S.C. § 2332(b), the attempted murder of a United States national.  A copy of that certificate is annexed hereto as Exhibit "G."

10.     In connection with Dr. Siddiqui's motion related to the strip searches at the Metropolitan Detention Center that interfere with her right to seek the assistance of counsel, we provide two Bureau of Prison regulations.  Program Statement Number 5521.05 is annexed hereto as Exhibit "H" and Program Statement Number P5270.07 is annexed hereto as Exhibit "I."

WHEREFORE, it is respectfully requested for the reasons stated herein and all other papers submitted herewith that the Court grant the relief sought in the Notice of Motion dated September 8, 2009.

Dated:  September 8, 2009
        New York, New York

_____/s/_____
Chad L. Edgar

4