# EXHIBIT G



# Office of the Attorney General

Washington, D.C.

September 2, 2008

IN THE MATTER OF THE ATTEMPT TO MURDER UNITED STATES NATIONALS
OUTSIDE OF THE UNITED STATES BY AAFIA SIDDIQUI

I make the following certification in the discharge of my responsibilities under 18 U.S.C. § 2332(d).

In my judgment, the attempt by Aafia Siddiqui to murder United States nationals outside the United States, namely in Afghanistan, was intended to coerce, intimidate, or retaliate against a government and a civilian population.

Michael B. Mukasey
Attorney General