# EXHIBIT I

P5270.07 INMATE DISCIPLINE & SPECIAL HOUSING UNITS

**Special Note:** This policy was reformatted 3/20/06 because of technical problems with the electronic file.  Changes notices located at the beginning of the file have been removed and change notice page headers have been replaced with standard automatic headers.
**None** of the text has been changed, therefore, there is no new number or date.

EXHIBIT B - MDC Program Statement
P5270.07 Inmate Dicipline & Special
Housing Units - Excerpts regarding
Administrative Detention.



**U.S. Department of Justice**
Federal Bureau of Prisons

Reformatted 3/20/2006

# Program Statement

| | |
|---|---|
| **OPI:** | CPD/CSB |
| **NUMBER:** | P5270.07 |
| **DATE:** | 12/29/1987 |
| **SUBJECT:** | Inmate Discipline and Special Housing Units |

This Program Statement transmits policies and procedures prescribed for Inmate Discipline and Special Housing Units. This Program Statement becomes effective January 4, 1988. This effective date means that the new rules and procedures will apply to the processing of all acts of misconduct committed at and after 12:01 a.m. on January 4, 1988.

\s\
J. MICHAEL QUINLAN
Director

**[Bracketed Bold - Rules]**
Regular Type - Implementing Information

NOTE:  ONLY SIGNIFICANT CHANGES IN THE FORMER PROGRAM STATEMENT ON INMATE DISCIPLINE (P.S. 5270.6) ARE INDICATED BY THE FOLLOWING SYMBOL:*

EXHIBIT B - MDC Program Statement
P5270.07 Inmate Dicipline & Special
Housing Units - Excerpts regarding
Administrative Detention.

P5270.07
12/29/1987
Table of Contents, Page ii

TABLE OF CONTENTS (cont'd)

Chapter #        Subject                                          Pages

7. . . . . .DISCIPLINE HEARING OFFICER  . . . . . . . . . . Ch. 7, 1-8

          Establishment and Functioning of the
                Discipline Hearing Officer.
          Procedures before the Discipline
                Hearing Officer.
          Dispositions of the Discipline
                Hearing Officer.

          Checklist for DHO Actions . . . . . . Ch. 7, Appendix 1

          Confidential Informant Information  . Ch. 7, Appendix 2

8. . . . . .APPEALS OF DISCIPLINARY HEARING ACTIONS . . Ch. 8, 1-2

9. . . . . .SPECIAL HOUSING UNITS . . . . . . . . . . . Ch. 9, 1-11

          Disciplinary Segregation  . . . . . . . . . . Ch. 9, 1-5

          Justification for Placement in
                Disciplinary Segregation and
          Review of Inmates in Disciplinary
                Segregation.
          Conditions of Disciplinary Segregation.

     Administrative Detention . . . . . . . . . . . . . Ch. 9, 6-10

     Administrative Detention.
          Placement in Administrative Detention.
          Memorandum Detailing Reasons for
                Placement.
          Review of Inmates Housed in
          Administrative Detention.
          Conditions of Administrative Detention.

     Protection Cases . . . . . . . . . . . . . . . . . Ch. 9, 10-11

     Personal Property Ordinarily Allowed in
          Administrative Detention  . . . . . . . Ch. 9, Appendix

EXHIBIT B - MDC Program Statement
P5270.07 Inmate Dicipline & Special
Housing Units - Excerpts regarding
Administrative Detention.

CHAPTER 9
SPECIAL HOUSING UNITS

Each institution having the need for facilities to house inmates separate from the general population will establish a special housing unit consisting of two categories of cells: administrative detention and disciplinary segregation.  (Note: Some institutions may also have a facility for long-term control unit programs - see Control Unit Programs Program Statement.)

**Staff must limit the access between female and male inmates housed in Special Housing Units.**  Female and male inmates are not to be assigned to cells on the same range, assigned as orderlies on opposite gender ranges or to work together in common areas, assigned to exercise groups with opposite gender inmates, etc. A physical separation between female and male inmates must be continually maintained except in an emergency.

Disciplinary Segregation Status.  A form of separation from the general population in which inmates who commit serious violations of Bureau rules are confined by the Discipline Hearing Officer, for specified periods of time, in a cell removed from the general population.  The DHO imposes the sanction of disciplinary segregation only upon determining that no other available disposition will adequately achieve the purpose of punishment and deterrence necessary to regulate an inmate's behavior within acceptable limits.

Administrative Detention Status.  A form of separation from the general population used when the continued presence of the inmate within the general population would pose a serious threat to life, property, self, staff or other inmates, or to the security or orderly running of the institution.  This housing status may also include inmates who require protective custody, those who cannot be placed in local population because they are en route to another institution (holdovers), and those who are awaiting a hearing before the Unit Discipline Committee or Discipline Hearing Officer.  Administrative detention status is a non-punitive status in which restricted conditions of confinement are required only to ensure the safety of inmates or others, the protection of property, or the security or orderly running of the institution.

Special Housing Units will be maintained in accordance with the policies and procedures contained in this Program Statement. Placement of Youth Corrections Act or Pretrial inmates in Special Housing Units is governed by the Youth Corrections Act (YCA) Institutions and Programs Program Statement and the Pretrial Inmates Program Statement.  See Chapter 10 for a sample of the Special Housing Unit Record.

EXHIBIT B - MDC Program Statement
P5270.07 Inmate Dicipline & Special
Housing Units - Excerpts regarding
Administrative Detention.

P5270.07
12/29/1987
Chapter 9, Page 7

Part 543, Subpart B refers to P.S. 1315.3, Inmate Legal
Activities.

[(9)  **Supervision**.  **In addition to the direct supervision
afforded by the unit officer, a member of the medical department
and one or more responsible officers designated by the Warden
(ordinarily a Lieutenant) shall see each segregated inmate daily,
including weekends and holidays.  Members of the program staff,
including unit staff shall arrange to visit inmates in special
housing within a reasonable time after receiving the inmate's
request.]**

Inmates are to be afforded the opportunity to continue taking
medication prescribed for them while in special housing.

In addition to the above visits, each Warden shall establish
procedures to ensure periodic visits by representatives of the
different program areas.

[(10)  **Correspondence and Visits.  As to correspondence
privileges, see Part 543, Subpart B.  Staff shall make reasonable
effort to notify approved social visitors of any necessary
restriction on ordinary visiting procedures so that they may be
spared disappointment and unnecessary inconvenience.  If ample
time for correspondence exists, staff may place the burden of
this notification to visitors on the inmate.  As to general
visiting and telephone privileges, see Part 540, Subpart D and
Subpart I.  In respect to legal, religious, and privileged
out-going mail, the relevant regulations must be followed by
institution staff (see Parts 540, 543, and 548 of this Chapter).]**

Part 540, Subpart B refers to P.S. 5265.8, Correspondence
Regulations; Part 540, Subpart D refers to P.S. 5267.4, Visiting
Regulations; Part 540, Subpart 1 refers to P.S. 5264.3, Telephone
Regulations for Inmates; Part 543 refers to P.S. 1315.3, Inmate
Legal Activities; Part 548 refers to P.S. 5360.5, Religious
Belief and Practices of Committed Offenders.

## ADMINISTRATIVE DETENTION

1.  [**ADMINISTRATIVE DETENTION §541.22.  Administrative detention
is the status of confinement of an inmate in a special housing
unit in a cell either by self or with other inmates which serves
to remove the inmate from the general population.**

EXHIBIT B - MDC Program Statement
P5270.07 Inmate Dicipline & Special
Housing Units - Excerpts regarding
Administrative Detention.

P5270.07
12/29/1987
Chapter 9, Page 8

a.  <u>Placement in Administrative Detention.</u>  The Warden may delegate authority to place an inmate in administrative detention to Lieutenants.  Prior to the inmate's placement in administrative detention, the Lieutenant is to review the available information and determine whether the inmate's placement in administrative detention is warranted.  The Warden may place an inmate in administrative detention when the inmate is in holdover status (i.e., en route to a designated institution) during transfer, or is a new commitment pending classification.  The Warden may also place an inmate in administrative detention when the inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates or to the security or orderly running of the institution and when the inmate:

(1)     Is pending a hearing for a violation of Bureau regulations;

(2)     Is pending an investigation of a violation of Bureau regulations;

(3)     Is pending investigation or trial for a criminal act;

(4)     Is pending transfer;

(5)     Requests admission to administrative detention for the inmate's own protection, or staff determines that admission to or continuation in administrative detention is necessary for the inmate's own protection (see §541.23); or

(6)     Is terminating confinement in disciplinary segregation and placement in general population is not prudent.  The Segregation Review  Official is to advise the inmate of this determination and reason for such action.]

The review must be separate from the initial hearing before the DHO which resulted in the inmate's placement in disciplinary segregation.

(a)  [(i)  Except for pretrial inmates or inmates in a control unit program, staff ordinarily within 90 days of an inmate's placement in post-disciplinary detention shall either return the inmate to the general inmate population or request

EXHIBIT B - MDC Program Statement
P5270.07 Inmate Dicipline & Special
Housing Units - Excerpts regarding
Administrative Detention.

(c)    [(iii)   Staff in a control unit will attempt to adhere to the 90-day limit for an inmate's placement in post-disciplinary detention.   Because security needs required for an inmate in a control unit program may not be available outside of post-disciplinary detention, the Warden may approve an extension of this placement upon determining in writing that it is not practicable to release the inmate to the general inmate population or to effect a transfer to a more suitable institution.]

(d)    [(iv)   The appropriate Regional Director and the Assistant Director, Correctional Programs Division, shall review (for purpose of making a disposition) the case of an inmate in a control unit program not transferred from post-disciplinary detention within the 90-day time frame specified in paragraph (a)(6)(iii) of this section.   A similar, subsequent review shall be conducted every 60-90 days if post-disciplinary detention continues for this extended period.]

The Executive Panel, composed of the appropriate Regional Director and the Assistant Director, Correctional Programs Division, shall review the status of an inmate who is in post-disciplinary detention status over 90 days at the same time they review (every 60-90 days) the status of inmates in the Control Unit (see the Program Statement on Control Unit Programs).

[b.   **Administrative Detention Order Detailing Reasons For Placement**.   The Warden shall prepare an administrative detention order detailing the reasons for placing an inmate in administrative detention, with a copy given to the inmate, provided institutional security is not compromised thereby. Staff shall deliver this order to the inmate within 24 hours of the inmate's placement in administrative detention, unless this delivery is precluded by exceptional circumstances.   An order is not necessary for an inmate placed in administrative detention when this placement is a direct result of the inmate's holdover status.]

Ordinarily the Warden will delegate authority for this placement action to Lieutenants.

The order is also given to members of the inmate's unit or team. Distribution of copies shall be as indicated on the order.   See Chapter 10 for a copy of the Administrative Detention Order.