# EXHIBIT A

### HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., § 456 (Mar. 4, 1909, ch. 321, § 277, 35 Stat. 1143).

Words "within the special maritime and territorial jurisdiction of the United States" were added in view of definitive section 7 of this title, and section was rearranged to more clearly express intent of existing law.

Mandatory punishment provision was rephrased in the alternative.

### AMENDMENTS

1990—Pub. L. 101–647 struck out final period at end.

1988—Pub. L. 100–690 substituted "shall, for an attempt to commit murder be imprisoned not more than twenty years or fined under this title, or both, and for an attempt to commit manslaughter be imprisoned not more than three years or fined under this title, or both." for "shall be fined not more than $1,000 or imprisoned not more than three years, or both".

### CROSS REFERENCES

Actions aboard aircraft in special aircraft jurisdiction of United States in violation of this section punishable as provided herein, see section 46506 of Title 49, Transportation.

### SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in sections 115, 930, 1116, 1119, 5032 of this title; title 49 section 46506.

### § 1114. Protection of officers and employees of the United States

Whoever kills or attempts to kill any judge of the United States, any United States Attorney, any Assistant United States Attorney, or any United States marshal or deputy marshal or person employed to assist such marshal or deputy marshal, any officer or employee of the Federal Bureau of Investigation of the Department of Justice, any officer or employee of the Postal Service, any officer or employee of the Secret Service or of the Drug Enforcement Administration, any officer or member of the United States Capitol Police, any member of the Coast Guard, any employee of the Coast Guard assigned to perform investigative, inspection or law enforcement functions, any officer or employee of the Federal Railroad Administration assigned to perform investigative, inspection, or law enforcement functions, any officer or employee of any United States penal or correctional institution, any officer, employee or agent of the customs or of the internal revenue or any person assisting him in the execution of his duties, any immigration officer, any officer or employee of the Department of Agriculture or of the Department of the Interior designated by the Secretary of Agriculture or the Secretary of the Interior to enforce any Act of Congress for the protection, preservation, or restoration of game and other wild birds and animals, any employee of the Department of Agriculture designated by the Secretary of Agriculture to carry out any law or regnlation, or to perform any function in connection with any Federal or State program or any program of Puerto Rico, Guam, the Virgin Islands or any other commonwealth, territory, or possession of the United States, or the District of Columbia, for the control or eradication or prevention of the introduction or dissemination of animal diseases, any officer or employee of the National Park Service, any civilian official or employee of the Army Corps of Engineers assigned to perform investigations, inspections, law or regulatory enforcement functions, or field-level real estate functions, any officer or employee of, or assigned to duty in, the field service of the Bureau of Land Management, or any officer or employee of the Indian field service of the United States, or any officer or employee of the National Aeronautics and Space Administration directed to guard and protect property of the United States under the administration and control of the National Aeronautics and Space Administration, any security officer of the Department of State or the Foreign Service, or any officer or employee of the Department of Education, the Department of Health and Human Services, the Consumer Product Safety Commission, Interstate Commerce Commission, the Department of Commerce, or of the Department of Labor or of the Department of the Interior or of the Department of Agriculture assigned to perform investigative, inspection, or law enforcement functions, or any officer or employee of the Federal Communications Commission performing investigative, inspection, or law enforcement functions, or any officer or employee of the Department of Veterans Affairs assigned to perform investigative or law enforcement functions, or any United States probation or pretrial services officer, or any United States magistrate, or any officer or employee of any department or agency within the Intelligence Community (as defined in section 3.4(F) of Executive Order 12333, December 8, 1981, or successor orders) not already covered under the terms of this section, any attorney, liquidator, examiner, claim agent, or other employee of the Federal Deposit Insurance Corporation, the Comptroller of the Currency, the Office of Thrift Supervision, the Federal Housing Finance Board, the Resolution Trust Corporation, the Board of Governors of the Federal Reserve System, any Federal Reserve bank, or the National Credit Union Administration, or any other officer or employee of the United States or any agency thereof designated for coverage under this section in regulations issued by the Attorney General engaged in or on account of the performance of his official duties, or any officer or employee of the United States or any agency thereof designated to collect or compromise a Federal claim in accordance with sections 3711 and 3716–3718 of title 31 or other statutory authority shall be punished, in the case of murder, as provided under section 1111, or, in the case of manslaughter, as provided under section 1112.[1] except that any such person who is found guilty of attempted murder shall be imprisoned for not more than twenty years.

(June 25, 1948, ch. 645, 62 Stat. 756; May 24, 1949, ch. 139, § 24, 63 Stat. 93; Oct. 31, 1951, ch. 655, § 28, 65 Stat. 721; June 27, 1952, ch. 477, title IV, § 402(c), 66 Stat. 276; July 29, 1958, Pub. L. 85–568, title III, § 304(d), 72 Stat. 434; July 2, 1962, Pub. L. 87–518, § 10, 76 Stat. 132;

---

[1] So in original. The period probably should be a comma.

## CHAPTER 44—FIREARMS

### § 921. Definitions

(a) As used in this chapter—

*[See main edition for text of (1) to (26)]*

(27) The term "motor vehicle" has the meaning given such term in section 13102 of title 49, United States Code.

*[See main edition for text of (28) to (32); (b)]*

(As amended Pub. L. 104-88, title III, § 303(1), Dec. 29, 1995, 109 Stat. 943.)

#### AMENDMENTS

1995—Subsec. (a)(27). Pub. L. 104-88 substituted "section 13102" for "section 10102".

#### EFFECTIVE DATE OF 1995 AMENDMENT

Amendment by Pub. L. 104-88 effective Jan. 1, 1996, see section 2 of Pub. L. 104-88, set out as an Effective Date note under section 701 of Title 49, Transportation.

### § 922. Unlawful acts

#### SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in sections 923, 924, 925, 925A, 926, 2516, 5031, 5032 of this title; title 8 section 1101; title 26 section 4182; title 42 section 5633.

## CHAPTER 47—FRAUD AND FALSE STATEMENTS

#### CROSS REFERENCES

Carriers' reports to Secretary of Transportation or Surface Transportation Board, false entries, see sections 11903, 14907, and 16102 of Title 49, Transportation.

## CHAPTER 51—HOMICIDE

### § 1114. Protection of officers and employees of the United States

#### ABOLITION OF INTERSTATE COMMERCE COMMISSION AND TRANSFER OF FUNCTIONS

Interstate Commerce Commission abolished and functions of Commission transferred, except as otherwise provided in Pub. L. 104-88, to Surface Transportation Board effective Jan. 1, 1996, by section 702 of Title 49, Transportation, and section 101 of Pub. L. 104-88, set out as a note under section 701 of Title 49. References to Interstate Commerce Commission deemed to refer to Surface Transportation Board, a member or employee of the Board, or Secretary of Transportation, as appropriate, see section 205 of Pub. L. 104-88, set out as a note under section 701 of Title 49.

## CHAPTER 53—INDIANS

### § 1151. Indian country defined

#### SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in sections 1164, 1460, 2252, 2266, 3559, 3598, 5032 of this title; title 15 sections 1175, 1243, 1245; title 16 sections 3371, 3377; title 25 sections 1616e-1, 1903, 2801, 3202; title 28 section 1738B; title 33 section 1377; title 42 sections 3796gg-2, 10101.

## CHAPTER 93—PUBLIC OFFICERS AND EMPLOYEES

### § 1905. Disclosure of confidential information generally

#### SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in title 5 section 3374; title 7 sections 136h, 509, 5662; title 15 sections 330b, 771, 773, 796, 1193, 1335a, 2217, 2613; title 21 sections 360*ll*, 360nn; title 26 section 7213; title 29 section 664; title 30 section 1423; title 33 sections 1318, 1320, 1322, 1369, 1513; title 42 sections 300j-4, 2210b, 2297b-13, 4912, 5916, 5919, 6274, 6921, 6927, 6991d, 7135, 7412, 7542, 7607, 7621, 9208, 9310, 9604, 9660, 11023, 11042, 13253, 13255, 13293; title 46 section 4309; title 49 sections 1114, 30167, 32307, 32505, 32708, 32912, 33116, 60117.

### § 1920. False statement or fraud to obtain Federal employee's compensation

#### SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in title 5 section 8148.

## CHAPTER 96—RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

### § 1964. Civil remedies

*[See main edition for text of (a) and (b)]*

(c) Any person injured in his business or property by reason of a violation of section 1962 of this chapter may sue therefor in any appropriate United States district court and shall recover threefold the damages he sustains and the cost of the suit, including a reasonable attorney's fee, except that no person may rely upon any conduct that would have been actionable as fraud in the purchase or sale of securities to establish a violation of section 1962. The exception contained in the preceding sentence does not apply to an action against any person that is criminally convicted in connection with the fraud, in which case the statute of limitations shall start to run on the date on which the conviction becomes final.

*[See main edition for text of (d)]*

(As amended Pub. L. 104-67, title I, § 107, Dec. 22, 1995, 109 Stat. 758.)

#### AMENDMENTS

1995—Subsec. (c). Pub. L. 104-67 inserted before period at end ", except that no person may rely upon any conduct that would have been actionable as fraud in the purchase or sale of securities to establish a violation of section 1962. The exception contained in the preceding sentence does not apply to an action against any person that is criminally convicted in connection with the fraud, in which case the statute of limitations shall start to run on the date on which the conviction becomes final".

#### EFFECTIVE DATE OF 1995 AMENDMENT

Amendment by Pub. L. 104-67 not to affect or apply to any private action arising under title I of the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) or title I of the Securities Act of 1933 (15 U.S.C. 77a et seq.), commenced before and pending on Dec. 22, 1995, see section 108 of Pub. L. 104-67, set out as a note under section 77*l* of Title 15, Commerce and Trade.