# EXHIBIT C

Case 1:08-cr-00826-RMB   Document 110-4   Filed 09/22/09   Page 2 of 8

## Subtitle B—Criminal Procedures

### SEC. 721. CLARIFICATION AND EXTENSION OF CRIMINAL JURISDICTION OVER CERTAIN TERRORISM OFFENSES OVERSEAS.

(a) AIRCRAFT PIRACY.—Section 46502(b) of title 49, United States Code, is amended—

(1) in paragraph (1), by striking "and later found in the United States";

(2) so that paragraph (2) reads as follows:

"(2) There is jurisdiction over the offense in paragraph (1) if—

"(A) a national of the United States was aboard the aircraft;

"(B) an offender is a national of the United States; or

"(C) an offender is afterwards found in the United States."; and

(3) by inserting after paragraph (2) the following:

"(3) For purposes of this subsection, the term 'national of the United States' has the meaning prescribed in section 101(a)(22) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(22)).".

(b) DESTRUCTION OF AIRCRAFT OR AIRCRAFT FACILITIES.—Section 32(b) of title 18, United States Code, is amended—

(1) by striking ", if the offender is later found in the United States,"; and

(2) by inserting at the end the following: "There is jurisdiction over an offense under this subsection if a national of the United States was on board, or would have been on board, the aircraft; an offender is a national of the United States; or an offender is afterwards found in the United States. For purposes of this subsection, the term 'national of the United States' has the meaning prescribed in section 101(a)(22) of the Immigration and Nationality Act.".

(c) MURDER OF FOREIGN OFFICIALS AND CERTAIN OTHER PERSONS.—Section 1116 of title 18, United States Code, is amended—

(1) in subsection (b), by adding at the end the following:

"(7) 'National of the United States' has the meaning prescribed in section 101(a)(22) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(22)).": and

(2) in subsection (c), by striking the first sentence and inserting the following: "If the victim of an offense under subsection (a) is an internationally protected person outside the United States, the United States may exercise jurisdiction over the offense if (1) the victim is a representative, officer, employee, or agent of the United States, (2) an offender is a national of the United States, or (3) an offender is afterwards found in the United States.".

(d) PROTECTION OF FOREIGN OFFICIALS AND CERTAIN OTHER PERSONS.—Section 112 of title 18, United States Code, is amended—

(1) in subsection (c), by inserting " 'national of the United States'," before "and"; and

(2) in subsection (e), by striking the first sentence and inserting the following: "If the victim of an offense under subsection (a) is an internationally protected person outside the United States, the United States may exercise jurisdiction over the offense if (1) the victim is a representative, officer, employee, or agent of the United States, (2) an offender is

a national of the Un
found in the United S
(e) THREATS AND EX
CERTAIN OTHER PERSON
Code, is amended—
(1) in subsectior
States'," before "and"
(2) in subsectio
inserting the followi
section (a) is an inf
United States, the U
the offense if (1)
employee, or agent
a national of the Un
found in the United S
(f) KIDNAPPING OF
Section 1201(e) of title 18
(1) by striking t
ing: "If the victim
internationally prote
United States may
the victim is a rep:
the United States, (
States, or (3) an of
States."; and
(2) by adding a
this subsection, the
the meaning prescri
and Nationality Act
(g) VIOLENCE AT IN
of title 18, United States
(1) by inserting
in the United States'
(2) by inserting
national of the Unit
of the Immigration a
after "the offender is
(h) BIOLOGICAL WE
States Code, is amended-
(1) by striking "a
(2) by striking
and inserting "; and"
(3) by adding the
"(5) the term 'na
ing prescribed in s
Nationality Act (8 U

### SEC. 722. CLARIFICATION

Section 2280(b)(1)(A
ed—
(1) in clause (ii)
ited as a crime by t
and
(2) in clause (
on a ship flying th
United States,".

## l Procedures

ON OF CRIMINAL JURISDIC-
DRISM OFFENSES OVERSEAS.
502(b) of title 49, United

ng "and later found in the

as follows:
e offense in paragraph (1)

ates was aboard the aircraft;
l of the United States; or
ound in the United States.";

(2) the following:
n, the term 'national of the
:ribed in section 101(a)(22)
.ct (8 U.S.C. 1101(a)(22)).".
AIRCRAFT FACILITIES.—Sec-
, is amended—
ider is later found in the

following: "There is jurisdic-
subsection if a national of
would have been on board,
onal of the United States;
in the United States. For
rm 'national of the United
:d in section 101(a)(22) of
:.".

AND CERTAIN OTHER PER-
States Code, is amended—
g at the end the following:
ates' has the meaning pre-.
nmigration and Nationality

ng the first sentence and
m of an offense under sub-
otected person outside the.
ry exercise jurisdiction over.
a representative, officer,
States, (2) an offender is
3) an offender is afterwards

:IALS AND CERTAIN OTHER
l States Code, is amended—
ng " 'national of the United

ng the first sentence and
m of an offense under sub-
otected person outside the
ry exercise jurisdiction over
a representative, officer,
States, (2) an offender is

---

a national of the United States, or (3) an offender is afterwards found in the United States.".

(e) THREATS AND EXTORTION AGAINST FOREIGN OFFICIALS AND CERTAIN OTHER PERSONS.—Section 878 of title 18, United States Code, is amended—

(1) in subsection (c), by inserting "'national of the United States'," before "and"; and

(2) in subsection (d), by striking the first sentence and inserting the following: "If the victim of an offense under subsection (a) is an internationally protected person outside the United States, the United States may exercise jurisdiction over the offense if (1) the victim is a representative, officer, employee, or agent of the United States, (2) an offender is a national of the United States, or (3) an offender is afterwards found in the United States.".

(f) KIDNAPPING OF INTERNATIONALLY PROTECTED PERSONS.—Section 1201(e) of title 18, United States Code, is amended—

(1) by striking the first sentence and inserting the following: "If the victim of an offense under subsection (a) is an internationally protected person outside the United States, the United States may exercise jurisdiction over the offense if (1) the victim is a representative, officer, employee, or agent of the United States, (2) an offender is a national of the United States, or (3) an offender is afterwards found in the United States."; and

(2) by adding at the end the following: "For purposes of this subsection, the term 'national of the United States' has the meaning prescribed in section 101(a)(22) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(22)).".

(g) VIOLENCE AT INTERNATIONAL AIRPORTS.—Section 37(b)(2) of title 18, United States Code, is amended—

(1) by inserting "(A)" before "the offender is later found in the United States"; and

(2) by inserting "; or (B) an offender or a victim is a national of the United States (as defined in section 101(a)(22) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(22)))" after "the offender is later found in the United States".

(h) BIOLOGICAL WEAPONS.—Section 178 of title 18, United States Code, is amended—

(1) by striking "and" at the end of paragraph (3);

(2) by striking the period at the end of paragraph (4) and inserting "; and"; and

(3) by adding the following at the end:

"(5) the term 'national of the United States' has the meaning prescribed in section 101(a)(22) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(22)).".

### SEC. 722. CLARIFICATION OF MARITIME VIOLENCE JURISDICTION.

Section 2280(b)(1)(A) of title 18, United States Code, is amended—

(1) in clause (ii), by striking "and the activity is not prohibited as a crime by the State in which the activity takes place"; and

(2) in clause (iii), by striking "the activity takes place on a ship flying the flag of a foreign country or outside the United States,".

LAWS OF 104th CONG.—2nd SESS.          Apr. 24

## SEC. 723. INCREASED AND ALTERNATE CONSPIRACY PENALTIES FOR TERRORISM OFFENSES.

(a) TITLE 18 OFFENSES.—

(1) Sections 32(a)(7), 32(b)(4), 37(a), 115(a)(1)(A), 115(a)(2), 1203(a), 2280(a)(1)(H), and 2281(a)(1)(F) of title 18, United States Code, are each amended by inserting "or conspires" after "attempts".

(2) Section 115(b)(2) of title 18, United States Code, is amended by striking "or attempted kidnapping" both places it appears and inserting ", attempted kidnapping, or conspiracy to kidnap".

(3)(A) Section 115(b)(3) of title 18, United States Code, is amended by striking "or attempted murder" and inserting ", attempted murder, or conspiracy to murder".

(B) Section 115(b)(3) of title 18, United States Code, is amended by striking "and 1113" and inserting ", 1113, and 1117".

(b) AIRCRAFT PIRACY.—

(1) Section 46502(a)(2) of title 49, United States Code, is amended by inserting "or conspiring" after "attempting".

(2) Section 46502(b)(1) of title 49, United States Code, is amended by inserting "or conspiring to commit" after "committing".

## SEC. 724. CLARIFICATION OF FEDERAL JURISDICTION OVER BOMB THREATS.

Section 844(e) of title 18, United States Code, is amended by striking "commerce," and inserting "interstate or foreign commerce, or in or affecting interstate or foreign commerce,".

## SEC. 725. EXPANSION AND MODIFICATION OF WEAPONS OF MASS DESTRUCTION STATUTE.

Section 2332a of title 18, United States Code, is amended—

(1) in subsection (a)—

(A) in the subsection heading, by inserting "AGAINST A NATIONAL OF THE UNITED STATES OR WITHIN THE UNITED STATES" after "OFFENSE";

(B) by striking "uses, or attempts" and inserting ", without lawful authority, uses, threatens, or attempts"; and

(C) in paragraph (2), by inserting ", and the results of such use affect interstate or foreign commerce or, in the case of a threat, attempt, or conspiracy, would have affected interstate or foreign commerce" before the semicolon at the end;

(2) in subsection (b), by striking subparagraph (B) and inserting the following:

"(B) any weapon that is designed or intended to cause death or serious bodily injury through the release, dissemination, or impact of toxic or poisonous chemicals, or their precursors;";

(3) by redesignating subsection (b) as subsection (c); and

(4) by inserting after subsection (a) the following new subsection:

"(b) OFFENSE BY NATIONAL OF THE UNITED STATES OUTSIDE OF THE UNITED STATES.—Any national of the United States who, without lawful authority, uses, or threatens, attempts, or conspires

to use, a weapon of mas[s
shall be imprisoned for a
results, shall be punishe
term of years or for life.".

SEC. 726. ADDITION OF
LAUNDERING

Section 1956(c)(7) of
(1) in subparagr
as follows:
"(ii) murder,
tion of property b
(2) in subparagra
(A) by inser
"section 32 (rela
37 (relating to
115 (relating t
against a Federa
ily member),";
(B) by inser
sions or gifts fo
351 (relating to
tion),";
(C) by inser
nage)," the follo
transactions inv
or (i) (relating to
ment property
commerce),";
(D) by inse
state communica
to conspiracy to
erty in a foreign
(E) by inser
ment of assets
agent of financi
(relating to mu
United States
(relating to mu
internationally
(F) by inser
taking)," the fo
injury of Gover
destruction of
territorial jurisc
(G) by inse
from the mail)
Presidential ass
(H) by ins
postal robbery
(relating to vio
2281 (relating
forms),";
(I) by strik
2320"; and
(J) by strik
", section 2332

110 STAT. 1300

INSPIRACY PENALTIES FOR

(a), 115(a)(1)(A), 115(a)(2),
(1)(F) of title 18, United
/ inserting "or conspires"

3, United States Code, is
 kidnapping" both places
 kidnapping, or conspiracy

18, United States Code,
ed murder" and inserting
murder".
., United States Code, is
id inserting ", 1113, and

49, United States Code,
ring" after "attempting".
49, United States Code,
piring to commit" after

JRISDICTION OVER BOMB

States Code, is amended
aterstate or foreign com-
n commerce,".

 OF WEAPONS OF MASS

ates Code, is amended—

3, by inserting "AGAINST
S OR WITHIN THE UNITED

attempts" and inserting
 threatens, or attempts";

rting ", and the results
foreign commerce or, in
 conspiracy, would have
merce" before the semi-

 subparagraph (B) and

ied or intended to cause
igh the release, dissemi-
nous chemicals, or their

) as subsection (c); and
) the following new sub-

NITED STATES OUTSIDE
the United States who,
i, attempts, or conspires

to use, a weapon of mass destruction outside of the United States shall be imprisoned for any term of years or for life, and if death results, shall be punished by death, or by imprisonment for any term of years or for life.".

## SEC. 726. ADDITION OF TERRORISM OFFENSES TO THE MONEY LAUNDERING STATUTE.

Section 1956(c)(7) of title 18, United States Code, is amended—
(1) in subparagraph (B), by amending clause (ii) to read as follows:
"(ii) murder, kidnapping, robbery, extortion, or destruction of property by means of explosive or fire;"; and
(2) in subparagraph (D)—
(A) by inserting after "an offense under" the following: "section 32 (relating to the destruction of aircraft), section 37 (relating to violence at international airports), section 115 (relating to influencing, impeding, or retaliating against a Federal official by threatening or injuring a family member),";
(B) by inserting after "section 215 (relating to commissions or gifts for procuring loans)," the following: "section 351 (relating to congressional or Cabinet officer assassination),";
(C) by inserting after "section 798 (relating to espionage)," the following: "section 831 (relating to prohibited transactions involving nuclear materials), section 844 (f) or (i) (relating to destruction by explosives or fire of Government property or property affecting interstate or foreign commerce),";
(D) by inserting after "section 875 (relating to interstate communications)," the following: "section 956 (relating to conspiracy to kill, kidnap, maim, or injure certain property in a foreign country),";
(E) by inserting after "section 1032 (relating to concealment of assets from conservator, receiver, or liquidating agent of financial institution)," the following: "section 1111 (relating to murder), section 1114 (relating to murder of United States law enforcement officials), section 1116 (relating to murder of foreign officials, official guests, or internationally protected persons),";
(F) by inserting after "section 1203 (relating to hostage taking)," the following: "section 1361 (relating to willful injury of Government property), section 1363 (relating to destruction of property within the special maritime and territorial jurisdiction),";
(G) by inserting after "section 1708 (relating to theft from the mail)," the following: "section 1751 (relating to Presidential assassination),";
(H) by inserting after "2114 (relating to bank and postal robbery and theft)," the following: "section 2280 (relating to violence against maritime navigation), section 2281 (relating to violence against maritime fixed platforms),";
(I) by striking "or section 2320" and inserting "section 2320"; and
(J) by striking "of this title" and inserting the following: ", section 2332 (relating to terrorist acts abroad against

Case 1:08-cr-00826-RMB Document 110-4 Filed 09/22/09 Page 6 of 8

United States nationals), section 2332a (relating to use of weapons of mass destruction), section 2332b (relating to international terrorist acts transcending national boundaries), or section 2339A (relating to providing material support to terrorists) of this title, section 46502 of title 49, United States Code,".

### SEC. 727. PROTECTION OF FEDERAL EMPLOYEES; PROTECTION OF CURRENT OR FORMER OFFICIALS, OFFICERS, OR EMPLOYEES OF THE UNITED STATES.

(a) HOMICIDE.—Section 1114 of title 18, United States Code, is amended to read as follows:

### "§ 1114. Protection of officers and employees of the United States

"Whoever kills or attempts to kill any officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services) while such officer or employee is engaged in or on account of the performance of official duties, or any person assisting such an officer or employee in the performance of such duties or on account of that assistance, shall be punished—

"(1) in the case of murder, as provided under section 1111;

"(2) in the case of manslaughter, as provided under section 1112; or

"(3) in the case of attempted murder or manslaughter, as provided in section 1113.".

(b) THREATS AGAINST FORMER OFFICERS AND EMPLOYEES.—

(1) IN GENERAL.—Section 115(a)(2) of title 18, United States Code, is amended by inserting ", or threatens to assault, kidnap, or murder, any person who formerly served as a person designated in paragraph (1), or" after "assaults, kidnaps, or murders, or attempts to kidnap or murder".

(2) LIMITATION.—Section 115 of title 18, United States Code, is amended by adding at the end the following:

"(d) This section shall not interfere with the investigative authority of the United States Secret Service, as provided under sections 3056, 871, and 879 of this title.".

(c) AMENDMENT TO CLARIFY THE MEANING OF THE TERM DEADLY OR DANGEROUS WEAPON IN THE PROHIBITION ON ASSAULT ON FEDERAL OFFICERS OR EMPLOYEES.—Section 111(b) of title 18, United States Code, is amended by inserting "(including a weapon intended to cause death or danger but that fails to do so by reason of a defective component)" after "deadly or dangerous weapon".

### SEC. 728. DEATH PENALTY AGGRAVATING FACTOR.

Section 3592(c) of title 18, United States Code, is amended by inserting after paragraph (15) the following new paragraph:

"(16) MULTIPLE KILLINGS OR ATTEMPTED KILLINGS.—The defendant intentionally killed or attempted to kill more than one person in a single criminal episode.".

### SEC. 729. DETENTION HEARING.

Section 3142(f) of title 18, United States Code, is amended by inserting "(not including any intermediate Saturday, Sunday, or legal holiday)" after "five days" and after "three days".

Apr. 24

A

SEC. 730. DIRECTIONS TO SEN

The United States Sen accordance with the proce Sentencing Act of 1987, as had not expired, amend the ter 3 adjustment relating to Federal crimes of terro title 18, United States Code.

SEC. 731. EXCLUSION OF C
DEFINITIONS.

Section 2510 of title
(1) in paragraph (1
(A) by strikin
(B) by adding
and
(C) by adding
graph:
"(D) electroni
a financial institu
for the electronic s
(2) in paragraph (1
(A) by adding
(B) by strikin
and
(C) by striking

SEC. 732. MARKING, RENDE
SIVE MATERIA

(a) STUDY.—
(1) IN GENERAL.—
of enactment of this A
to in this section as
of—
(A) the tagg
of detection and id
(B) the feasil
mon chemicals u
inert;
(C) the feasil
trols on certain
explosive materia
(D) State lice
use of commercia
(i) detona
(ii) deton
(iii) dyna
(iv) wate
(v) emul
(vi) blast
(vii) boos
(2) EXCLUSION.—
or regulation propose
or smokeless powder
(b) CONSULTATION.—
(1) IN GENERAL.-
(a), the Secretary sha

on 2332a (relating to use
n), section 2332b (relating
anscending national bound-
:ing to providing material
itle, section 46502 of title


PLOYEES; PROTECTION OF
'FFICIALS, OFFICERS, OR
STATES.

e 18, United States Code,


**mployees of the United**

any officer or employee of
any branch of the United
ber of the uniformed serv-
engaged in or on account
any person assisting such
ince of such duties or on
ied—
ovided under section 1111;
as provided under section

murder or manslaughter,

ICERS AND EMPLOYEES.—
2) of title 18, United States
reatens to assault, kidnap,
/ served as a person des-
issaults, kidnaps, or mur-
"

: title 18, United States
i the following:
e with the investigative
ervice, as provided under

MEANING OF THE TERM
PROHIBITION ON ASSAULT
Section 111(b) of title 18,
ting "(including a weapon
at fails to do so by reason
/ or dangerous weapon".

.CTOR.

States Code, is amended
ollowing new paragraph:
TEMPTED KILLINGS.—The
mpted to kill more than
"

States Code, is amended
diate Saturday, Sunday,
"three days".

---

### SEC. 730. DIRECTIONS TO SENTENCING COMMISSION.

28 USC 994 note.

The United States Sentencing Commission shall forthwith, in accordance with the procedures set forth in section 21(a) of the Sentencing Act of 1987, as though the authority under that section had not expired, amend the sentencing guidelines so that the chapter 3 adjustment relating to international terrorism only applies to Federal crimes of terrorism, as defined in section 2332b(g) of title 18, United States Code.

### SEC. 731. EXCLUSION OF CERTAIN TYPES OF INFORMATION FROM DEFINITIONS.

Section 2510 of title 18, United States Code, is amended—
(1) in paragraph (12)—
(A) by striking "or" at the end of subparagraph (B);
(B) by adding "or" at the end of subparagraph (C); and
(C) by adding at the end the following new subparagraph:
"(D) electronic funds transfer information stored by a financial institution in a communications system used for the electronic storage and transfer of funds;"; and
(2) in paragraph (16)—
(A) by adding "or" at the end of subparagraph (D);
(B) by striking "or" at the end of subparagraph (E); and
(C) by striking subparagraph (F).

### SEC. 732. MARKING, RENDERING INERT, AND LICENSING OF EXPLOSIVE MATERIALS.

18 USC 841 note.

(a) STUDY.—
(1) IN GENERAL.—Not later than 12 months after the date of enactment of this Act, the Secretary of the Treasury (referred to in this section as the "Secretary") shall conduct a study of—
(A) the tagging of explosive materials for purposes of detection and identification;
(B) the feasibility and practicability of rendering common chemicals used to manufacture explosive materials inert;
(C) the feasibility and practicability of imposing controls on certain precursor chemicals used to manufacture explosive materials; and
(D) State licensing requirements for the purchase and use of commercial high explosives, including—
(i) detonators;
(ii) detonating cords;
(iii) dynamite;
(iv) water gel;
(v) emulsion;
(vi) blasting agents; and
(vii) boosters.
(2) EXCLUSION.—No study conducted under this subsection or regulation proposed under subsection (e) shall include black or smokeless powder among the explosive materials considered.
(b) CONSULTATION.—
(1) IN GENERAL.—In conducting the study under subsection (a), the Secretary shall consult with—

(A) Federal, State, and local officials with expertise in the area of chemicals used to manufacture explosive materials; and

(B) such other individuals as the Secretary determines are necessary.

(2) FERTILIZER RESEARCH CENTERS.—In conducting any portion of the study under subsection (a) relating to the regulation and use of fertilizer as a pre-explosive material, the Secretary of the Treasury shall consult with and receive input from non-profit fertilizer research centers.

(c) REPORT.—Not later than 30 days after the completion of the study conducted under subsection (a), the Secretary shall submit a report to the Congress, which shall be made public, that contains—

(1) the results of the study;

(2) any recommendations for legislation; and

(3) any opinions and findings of the fertilizer research centers.

(d) HEARINGS.—Congress shall have not less than 90 days after the submission of the report under subsection (c) to—

(1) review the results of the study; and

(2) hold hearings and receive testimony regarding the recommendations of the Secretary.

(e) REGULATIONS.—

Federal Register, publication.

(1) IN GENERAL.—Not later than 6 months after the submission of the report required by subsection (c), the Secretary may submit to Congress and publish in the Federal Register draft regulations for the addition of tracer elements to explosive materials manufactured in or imported into the United States, of such character and in such quantity as the Secretary may authorize or require, if the results of the study conducted under subsection (a) indicate that the tracer elements—

(A) will not pose a risk to human life or safety;

(B) will substantially assist law enforcement officers in their investigative efforts;

(C) will not substantially impair the quality of the explosive materials for their intended lawful use;

(D) will not have a substantially adverse effect on the environment; and

(E) the costs associated with the addition of the tracers will not outweigh benefits of their inclusion.

(2) EFFECTIVE DATE.—The regulations under paragraph (1) shall take effect 270 days after the Secretary submits proposed regulations to Congress pursuant to paragraph (1), except to the extent that the effective date is revised or the regulation is otherwise modified or disapproved by an Act of Congress.

# TITLE VIII—ASSISTANCE TO LAW ENFORCEMENT

## Subtitle A—Resources and Security

28 USC 509 note.

### SEC. 801. OVERSEAS LAW ENFORCEMENT TRAINING ACTIVITIES.

The Attorney General and the Secretary of the Treasury are authorized to support law enforcement training activities in foreign

countries, in consultation pose of improving the eff tigating and prosecuting t

SEC. 802. SENSE OF CONGR

It is the sense of tl each recipient of any su Act, should use the mon

SEC. 803. PROTECTION OF DISTRICT OF

The Attorney Genera prohibit—

(1) any vehicles or roadway adjacent used by law enforcei tion, that is in whol to the Federal Goverr

(2) any person o property immediatel paragraph (1).

SEC. 804. REQUIREMENT T

Section 2703 of title adding at the end the foll

"(f) REQUIREMENT TO

"(1) IN GENERAL nication services or request of a governm to preserve records a the issuance of a cou

"(2) PERIOD OF graph (1) shall be shall be extended renewed request by t

SEC. 805. DETERRENT A( FEDERAL IN

(a) REVIEW.—Not la of enactment of this Act, shall review the deterr they apply to paragrap 18, United States Code.

(b) REPORT.—The L prepare and transmit under the study conduct

(c) AMENDMENT OF under section 994(p) of States Sentencing Com lines to ensure any indi (4) or (5) of section 1( imprisoned for not less t

SEC. 806. COMMISSION ENFORCEMI

(a) ESTABLISHMENT known as the "Commi