# CURRICULUM VITAE
FBI Forensic Examiner



## *D. J. Fife, MS*

Federal Bureau of Investigation
Latent Print Operations Unit
2501 Investigation Parkway
Quantico, Virginia 22135
 (703) 632-8392   FAX (703) 632-7397

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| May 2008 – Present | **Major Case Coordinator**<br>FBI Laboratory – Latent Print Operations Unit<br>Federal Bureau of Investigation<br>Quantico, VA |

Plan, coordinate and direct the handling of large scale cases that are too cumbersome for a single examiner to handle in a timely manner.

Coordinate multiple examiners to complete large scale evidence processing and latent print comparisons effectively and efficiently.

Serve as a point of contact for investigators and attorneys to ensure complicated, multi-submission cases are properly addressed without loss of quality or timeliness.

**May 2004 – Present**   **Physical Scientist / Forensic Examiner**
FBI Laboratory – Latent Print Operations Unit
Federal Bureau of Investigation
Quantico, VA

Conduct examinations and comparisons in an ASCLD/LAB accredited laboratory using a documented quality assurance program that includes annual proficiency testing; technical, peer, and administrative reviews; and adherence to standard operating procedures.

Responsibilities include the examination and processing of evidence for the presence and/or development of latent prints, comparison and identification of latent prints with the prints of known individuals, conducting searches using the FBI's Integrated Automated Fingerprint Identification System (IAFIS), generating reports based on results of findings, and providing expert witness testimony as requested.

Additional responsibilities include processing hands and fingers of unknown deceased individuals for identification purposes and mixing and testing laboratory chemicals.

**Sep 2002 – Apr 2004**   **Research Associate**
Oregon Health and Science University
Portland, OR

Managed an epithelial biology laboratory, including overseeing lab and equipment maintenance, teaching laboratory safety, inventorying supplies and reagents, and supervising junior lab technicians. Conducted three research projects in the fields of nephrology and hypertension. Research duties included upkeep of a transgenic mouse colony, including tissue and organ collection for DNA extraction and anatomical analysis. Additional duties included collection of Xenopus oocytes for sodium uptake studies and tissue culture for protein expression studies.

EXHIBIT 1

Nov 2001 – Aug 2002   **Research Assistant II**
Oregon Health and Science University
Portland, OR

Design, construction, processing, labeling, and analysis of microarrays. Additional duties included DNA sequencing, real-time PCR, high through-put RNA extraction, purification, and amplification. Completed a major microarray study of Alzheimer's disease using a large population of human subjects resulting in the discovery of a group of genes that may play a very important role in the onset of Alzheimer's disease.

Sep 1998 – Aug 2001   **Graduate Research Assistant**
University of Massachusetts, Boston
Boston, MA

Conducted an ecological study aimed at the characterization of the community structure of coastal polycyclic aromatic hydrocarbon degrading bacteria and the identification of its key members, in order to make a more complete microbial assessment for future bioremediation. Utilized a series of molecular and classical microbiological methods including bacterial strain isolation, purification, maintenance, and identification; direct DNA extraction from sediment as well as purified colonies; DNA isolation, purification and amplification; agarose and PAGE gel electrophoresis; Polymerase Chain Reaction; and TGGE/DGGE.

Jun 1997 – Sep 1998   **Post Baccalaureate Research Fellow**
United States Department of Energy
Idaho National Engineering & Environmental Laboratory
Idaho Falls, ID

Constructed chemostat for the continuous cultivation of methanotrophic bacteria. Responsibilities included purchasing, assembling, and testing of equipment, daily maintenance of chemostat, media and culture preparation, trouble-shooting, on-ling gas chromatograph headspace analysis, biomass analysis using a Cerex biomass sensor, and online analysis of dissolved oxygen and pH. Additionally, co-developed a lectin-based fluorescent staining technique for Gram positive acidophilic mining bacteria. Assisted in field sampling and environmental monitoring of natural hot-springs in Yellowstone National Park.

## EDUCATION

Sep 1998 – Aug 2001   **University of Massachusetts, Boston**
Boston, MA
Master of Science Degree (MS)
Major: Biology
Concentration: Molecular Biology and Microbiology

Sep 1992 – Jun 1997   **Utah State University**
Logan, UT
Bachelor of Science Degree (BS)
Major: Biology
Minor: Chemistry

## FORENSIC EXAMINATION EXPERIENCE

As a certified Physical Scientist / Forensic Examiner in the FBI Laboratory, I have examined evidence in numerous cases and have conducted over 300,000 comparisons. I have qualified as an expert witness in the discipline of friction ridge analysis and testified in federal court.

## PROFESSIONAL TRAINING

| | |
|---|---|
| Apr 2009 | *Post Blast Investigator Course.* Instructor – SSA Mark Whitworth, FBI Academy (Quantico, VA) - 40 hours |
| Nov 2008 | *Radiological Worker Training.* Instructor – Steve Wolfenden, Savannah River National Laboratory (Ellington, SC) – 40 hours. |
| July 2008 | *Evidence Response Team Basic Training for Laboratory Personnel.* Instructor – SSA Richard Marx, FBI Laboratory (Woodbridge, VA) – 40 hours. |
| Feb 2008 | *Annual Scientific Meeting.* American Academy of Forensic Sciences (Washington, D.C.), 8 hours |
| Jul 2006 | Introduction to Forensic Digital Imaging. FORAY Technologies, Instructor- David Witzke (Quantico, VA) - 1 week |
| Jun 2006 | Advanced Palm Print Comparison Techniques. Ron Smith and Associates Inc. Instructor- Ron Smith (Quantico, VA) - 1 week |
| May 2004-Jan 2006 | Physical Scientist/ Forensic Examiner Training. Federal Bureau of Investigation (Quantico, VA) - 20 months |
| Sep 2005 | Prenatal Origins of Human Variations in Friction Ridges. Instructor - Dr. William Babler. (Quantico, VA) - 6 hours |
| Sep 2005 | Hazardous Waste Management Training. Federal Bureau of Investigation (Quantico, VA) - 1 hour |
| Aug 2005 | Basic Forensic Ridgeology. Ron Smith and Associates Inc. and the International Association for Identification. Instructor- David Ashbaugh (Quantico, VA) - 1 week |

## RESEARCH, PUBLICATIONS, ABSTRACTS, and PRESENTATIONS

Fife, D J., "Comparison of community analysis of Polycyclic Aromatic Hydrocarbon (PAH) degrading bacteria as determined by enriched and non-enriched methods" - Master's Thesis. University of Massachusetts, Boston, August 2002.

Fife, D. J., D.L. Stoner, K.S. Miller, and D.F. Bruhn. Evaluation of a Fluorescent Wheat Germ Agglutinin Technique for the Detection of Gram-Positive and Gram-Positive Like Bacteria in Mining Environments. Applied and Environmental Microbiology 2000, 66:2208-2210.

Stoner, D.L., K. S. Miller, D. J. Fife, E. D. Larsen, J. A. Johnson. Use of an Intelligent Control System to Characterize Moderately Thermophilic Enrichment Culture. Applied and Environmental Microbiology 1998, 64:4555-4565.

Johnson, J.A., C.R. Tolle, E.D. Larsen, K.S. Miller, D. J. Fife, D.L. Stoner. A Learning-Based Intelligent Control System for Acidophilic, Moderately Thermophilic Mining Bacteria, IEEE, 1998.

Presenter at the American Society of Microbiology National Convention, Atlanta, Georgia, 1998.