

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 30, 2009

Dawn M. Cardi, Esq. (By hand)     Elaine Whitfield Sharp (By courier)
2 Park Avenue                     Whitfield Sharp & Sharp
New York, NY 10016                196 Atlantic Avenue
                                  Marblehead, MA 01945


Linda Moreno                      Charles Swift (By courier)
    c/o Dawn Cardi, Esq.          Swift & McDonald PS
P.O. Box 10985                    2003 Western Ave., Suite 330
Tampa, FL 33679                   Seattle, WA 98121


        Re:     **United States v. Aafia Siddiqui,**
                **08 Cr. 826 (RMB)**

Dear Counsel:

        The Government submits this letter to provide you with notice of certain expert witnesses that the Government intends to call at trial, pursuant to Federal Rule of Evidence 702.

        As summarized below, these witnesses include: (1) D.J. Fife, Latent Fingerprint Expert with the United States Department of Justice, Federal Bureau of Investigation ("FBI"); (2) Carlo Rosati, Firearms Expert with the FBI; and (3) Nicole Nicklow, Forensic Examiner with the Nuclear DNA Unit with the FBI. In addition, the Government is providing you with a list of additional expert witnesses it may call at trial, depending on whether certain stipulations are entered into.

### D.J. Fife's Qualifications And Anticipated Testimony

        As illustrated by Mr. Fife's enclosed *curriculum vitae* (Exhibit A), he is a certified physical scientist and forensic examiner in the FBI Laboratory. Since 2004, Mr. Fife has worked in the FBI Laboratory in the Latent Print Operations Unit. Among other things, Mr. Fife is responsible for conducting latent fingerprint comparisons and has performed over 300,000 such comparisons. Mr. Fife also is the Major Case Coordinator for the FBI Laboratory (Latent Print Operations Unit). In this role, Mr. Fife overseas multiple examiners, who are responsible for completing large scale evidence processing and latent fingerprint comparisons. Mr. Fife also has testified as a Latent Fingerprint Expert in court on approximately four occasions.

**EXHIBIT 2**

The Government presently intends to call Mr. Fife in its case-in-chief. It is expected that Mr. Fife will testify about certain relevant latent fingerprint comparisons he conducted and oversaw in this case. Redacted versions of these reports have been provided to you in the course of discovery (*see, e.g.*, Bates Labels 667-75; 679-80; 682-83; 1240; 1450-61) and copies with limited redactions are enclosed behind Exhibit A.[1]

Among other things, Mr. Fife positively identified fingerprints taken from an individual on various occasions (July 19, August 4 and 5, and August 11) as belonging to that of the defendant. (*See* Bates Labels 679-80.) Mr. Fife also identified fingerprints obtained from documents handled or authored by "Aafia Siddiqui" as belonging to the defendant. (*See* Bates Label 679-80, 1452, 1460.) In addition, Mr. Fife concluded that certain of the documents recovered from the defendant by the Afghan National Police contained her fingerprints. (*See* Bates Labels 667-75.) It is expected that Mr. Fife will testify consistently with these reports.

Mr. Fife also concluded that no latent fingerprints were recovered from the M-4 rifle that the defendant obtained from the Chief Warrant Officer (*see* Bates Label 1240). It is expected that Mr. Fife will testify regarding the general difficulties inherent in obtaining fingerprints from firearms, and will testify that fingerprints are recovered from firearms approximately less than ten percent of the time. Mr. Fife's testimony will include various factors that affect the ability to obtain fingerprints from firearms, including atmospheric conditions, environmental conditions, perspiration, and the surfaces of firearms.

In addition, it is expected that Mr. Fife will testify about various physical features of individuals that can affect the ability of a fingerprint examiner to obtain fingerprints of value. Related to this point, it is expected that Mr. Fife will testify that the defendant has very small hands and fingers, which negatively affect the ability to obtain fingerprints of value from items with which the defendant has been in contact.

Mr. Fife's testimony will be based on his experience and training in conducting forensic examinations, including his review of literature relating to this issue, and on his personal participation in this case.

---

[1] For all of the experts referenced herein, the Government will provide you with copies of the experts' underlying notes and other written materials upon which they relied in forming their expert opinions. The Government will provide you with this information at the time it provides 3500 material for all witnesses, or at an earlier agreed upon time. In addition, the unredacted version of one of Mr. Fife's enclosed reports does not bear his signature, which the Government will provide at a subsequent date.