# ELAINE WHITFIELD SHARP
### Attorney and Counselor at Law
196 Atlantic Avenue
Marblehead, MA 01945

Elaine Whitfield Sharp, Esq.
elainesharp@sharplaw.biz

Tel: 781-639-1862
Fax: 781-639.1771

December 10, 2009

Via Certified Mail - Return Receipt Requested
7009 0080 0000 6917 5141

Christopher L. LaVigne
Denna Jebbs
David Rody
Assistants United States Attorney
U.S. Department of Justice
The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, NY, 10007

RE:    United States of America v Aafia Siddiqui
       Case Number: 1:08-CR-00826 (RMB)

Dear Mr. Lavigne:

In the Government's November 30, 2009 disclosure of expert witness testimony, with reference to the proffered testimony of D.J. Fife, you state at page two:

> "Mr. Fife also concluded that no latent fingerprints were recovered from the M-4 rifle that the defendant obtained from the Chief Warrant Officer (see Bates Label 1240). It is expected that Mr. Fife will testify regarding the general difficulties inherent in obtaining fingerprints from firearms, and will testify that fingerprints are recovered from firearms approximately less than ten percent of the time. Mr. Fife's testimony will include various factors that affect the ability to obtain fingerprints from firearms, including atmospheric conditions, environmental conditions, perspiration, and the surfaces of firearms.

> "In addition, it is expected that Mr. Fife will testify about various physical features of individuals that can affect the ability of a fingerprint examiner to obtain fingerprints of value. Related to this point, it is expected that Mr. Fife will testify that the defendant has very small hands and fingers, which negatively affect the ability to obtain fingerprints of value from items with which the defendant has been in contact.

1

EXHIBIT 3

"Mr. Fife's testimony will be based on his experience and training in conducting forensic examinations, including his review of literature relating to this issue, and on his personal participation in this case."

My research on this matter, and after consultation with experts, informs me that the disclosure on the lack of fingerprints on the M-4 is scant, at best. Therefore. I ask that you promptly supplement your disclosure in order to enable the defense to address the issues raised in the disclosure.

Pursuant to *Brady v. Maryland*, 373 U.S. 83, 83 S. Ct. 1194, 10 L. Ed. 2d 215 (1963) and progeny, and F.R.Crim.P 16(E), the defense requests the following:

1. The names of all persons who attempted to visualize fingerprints from the M-4 rifle (if it was not Mr. Fife);

2. A description of the methodology or methodologies used by the technician/s who attempted to visualize fingerprints on the M-4 rifle;

3. The scientific literature upon which Mr. Fife intends to rely "that fingerprints are recovered from firearms approximately less than ten percent of the time...." (Hereafter, the "ten percent" opinion);

4. If Mr. Fife relied on a study conducted within, or on behalf of, the Federal Bureau of Investigation (FBI) for the "ten percent" opinion, please provide:
   a. A copy of any such study or studies upon which Mr. Fife bases his "ten percent" opinion;
   b. A copy of the description of the data sources of any such study or studies;
   c. If the sources are questionnaires, or in other "raw data" form, access to these for copying or a copy of such raw data;
   d. The breakdown of "weapons" in the study or studies between handguns and rifles.
   e. Any analysis of techniques used to visualize latent fingerprints on M-4 rifles.

5. A copy of all FBI protocols for obtaining DNA from weapons.

6. Please also provide any documentation regarding whether:
   (a) any other fingerprints, latent or otherwise, were visualized on the M-4 rifle;
   (b) whether the M-4 rifle was cleaned and, if so;
   (c) the name of the person who cleaned it, with the type of cleaner used, and the date when the M-4 rifle was cleaned.

2

7. Please also provide me with a chain of custody for the weapon with which Dr. Siddiqui is accused of attempting to murder and assault Americans in Afghanistan in July 2008.

Thank you for your prompt attention to this matter.

Sincerely,

Elaine Whitfield Sharp
Attorney at Law

cc.    Linda Moreno, Esq.
Dawn Cardi, Esq.
Chad Edgar, Esq.
Charles Swift, Esq.