# EXHIBIT B

*Curriculum Vitae of*

# William A. Tobin

## – *Educational* –

Bachelor of Science, Metallurgy, Case Institute of Technology
Master of Arts, Special Studies, George Washington University
Graduate studies, Materials Science & Engineering, University of Virginia

### Additional Courses & Symposia
Physical Metallurgy, Ohio State University
Shaping, Forming of Metals, Ohio State University
Engineering Metallurgy, Ohio State University
Principles of Failure Analysis, American Society for Metals (ASM)
Fractography: Practical Applications in Failure Analysis (ASM)
Metallographic Interpretation (ASM)
Energy Dispersive X-ray Fluorescence, Kevex Corporation
Statistics I, Northern Virginia Community College
Statistics II, Northern Virginia Community College
Detection and Recovery of Human Remains, FSRTC
Calculus I (refresher), Northern Virginia Community College
Calculus II (refresher), Northern Virginia Community College
Applied Statistics for Engineers and Physical Scientists, Va. Commonwealth Univ.
Structure and Properties of Materials, University of Virginia
Fastener Characterization by Mechanical & Metallographic Methods
Manufacturing Processes & Materials, University of Virginia
Applied Electrochemistry, University of Virginia

## – *Professional Experience* –

Battelle Memorial Institute, Research Metallurgist
Chase Brass and Copper Company, Plant Metallurgist
National Aeronautics and Space Administration, Research Metallurgist
Monarch Aluminum Company, Manufacturing/Production Process Control
U.S. Marine Corps, Platoon Commander, Republic of South Vietnam
Federal Bureau of Investigation, Supervisory Special Agent
FBI Laboratory, *de facto* Chief Forensic Metallurgist
Forensic Engineering International, Principal

## – *Court Appearances and Depositions* –

Testified as an expert witness in  227  local, state and federal criminal and civil

matters, in 44 states (excluding Congressional testimonies and grand juries).

*- Commendations -*

- ◆ Bronze Star with Combat 'V', U.S. Marine Corps
- ◆ 2 Crosses of Gallantry, Republic of South Vietnam
- ◆ 20 additional military combat decorations

*Numerous letters of commendation, including:*

- Personal commendation from U. S. Attorney General William French Smith
- Three commendations with cash awards, from FBI Director William H. Webster
- Two commendations and cash award from FBI Director William S. Sessions

*- Professional Affiliations -*

Fellow, American College of Forensic Examiners Institute (ACFEI)
Diplomate, American Board of Forensic Engineering & Technology (ABFET)
Managing Board, Institute for Studies in Science and the Law (ISSL)
Diplomate, American Board of Law Enforcement Experts (ABLEE)
National Association of Corrosion Engineers (NACE)
American Society for Testing and Materials (ASTM)
American Society for Metals, International (ASM)
Advisory Board, Forensic Justice Project (FJP)
The Minerals, Metals & Materials Society (TMS)
National Fire Protection Association (NFPA):
NFPA Section Memberships: (1) Fire Science & Technology Educators, (2) Building Fire
Safety Systems, (3) Research, (4) Aviation, (5) Rail Transport Systems, (6) Electrical
International Metallographic Society (IMS)
American Foundry Society (AFS)
1st Marine Division Association

*- Literary Acknowledgments/References/Media -*

***And The Sea Will Tell***, Vincent Bugliosi, Ballantine Books, 1992; former prosecutor of Charles Manson and author of *Helter Skelter*.

***Bones***, Dr. Douglas Ubelaker (Smithsonian Institution) and Henry Scammell; Harper Collins Publishers, 1992, New York, NY.

***Hard Evidence***, David Fisher, Simon & Schuster, 1995; author of bestsellers *Gracie With George Burns, What's What, Killer*, and *The Umpire Strikes Back*.

***"60 Minutes"***, CBS televised interview November 18, 2007; re-aired Sept. 14, 2008

*- Other -*

Referee for *Fire Technology*, NFPA
Editorial Advisor, *The Forensic Examiner*, ACFEI
Requested by UNSCOM to serve as U.N. Weapons Inspector, Iraq (1998)

*– Publications –*

**Evidentiary Comparison of Plastic Materials and Products Based Upon Fabrication Characteristics**, F.S. DeRonja and W.A. Tobin, *Proceedings of the International Symposium on the Analysis and Identification of Polymers*, July 31 to August 2, 1984, FBI Academy, Quantico, Virginia.

**Collapsed Springs in Arson Investigation: A Critical Metallurgical Evaluation**, W.A. Tobin and K.L. Monson, *Fire Technology*, Volume 25, Number 4 (November 1989), National Fire Protection Association.

**Arson Investigations**, W.A. Tobin, *Law Enforcement Bulletin* ('Focus' feature), February 1990, Federal Bureau of Investigation.

**What Collapsed Springs Really Tell Arson Investigators**, W.A. Tobin, *Fire Journal*, Volume 84, No. 2 (March/April 1990), National Fire Protection Association.

**What Collapsed Springs Really Tell Arson Investigators**, W.A. Tobin; course instructional material, *Fire/Arson Investigation Resident Course*, October 1994, U.S. Fire Administration, National Fire Academy; requested and reprinted with permission.

**Noninvasive Evaluation of Vehicular Lampbulbs**, W.A. Tobin, *Crime Laboratory Digest*, Volume 21, Number 1 (January 1994), Federal Bureau of Investigation.

**Noninvasive Evaluation of Vehicular Lampbulbs**, W.A. Tobin, *Forensic News*, April-June 1994, Arizona Identification Council, Division of the International Association for Identification; reprinted with permission.

**FBI Investigates Aircraft Corrosion** (submitted as "Aircraft Corrosion in Law Enforcement"), W.A. Tobin, *Materials Performance*, Volume 33, Number 6 (June 1994), National Association of Corrosion Engineers (NACE).

**Inferring Duration of Exposure to a Hostile Environment Based on Measurement of Corrosion Product Thickness**, W. A. Tobin, *The Customs Laboratory Bulletin*, Volume 7, Number 1 (1995), U.S. Customs Service, S. M. Dyszel, Ed., Washington, D.C.

**A Metallurgical Review of the Interpretation of Bullet Lead Compositional Analysis**, E. Randich, W. Duerfeldt, W. McClendon, W. Tobin, *Forensic Science International*, Volume 127, Issue 3 (September 2002), pp.174-191, Elsevier Science Publishing.

**How Probative is Comparative Bullet Lead Analysis?**, W. A. Tobin, W. Duerfeldt, *Criminal Justice*, Volume 17, Number 3 (Fall 2002), pp.26-34, American Bar Association.

**Comparative Bullet Lead Evidence (CBLA): Valid Evidence or *Ipse Dixit*?**, E. J. Imwinkelried and W. A. Tobin, *Oklahoma City University Law Review*, Vol. 28 No. 1 (2003), pp.43-72.

**Comparative Bullet Lead Analysis: A Case Study in Flawed Forensics**, Tobin, W.A., *The Champion*, July 2004, pp.12-22, National Association of Criminal Defense Lawyers.

**A Retail Sampling Approach to Assess Impact of Geographic Concentrations on Probative Value of Comparative Bullet Lead Analysis**, S.A. Cole, W.A. Tobin, L. Burgess, H. Stern, *Law, Probability & Risk*, Vol. 4, No. 4 (2005), Oxford University Press.

**Evaluating and Challenging Forensic Identification Evidence**, W.A. Tobin, W.C. Thompson, *The Champion*, July 2006, pp. 12-21, National Association of Criminal Defense Lawyers.

**Expert Opinion: Evidentiary Value**, Chapter 8: "Evaluating and Challenging Forensic Identification Evidence", W.A. Tobin, W.C. Thompson, reprinted with permission, pp. 137-160; The Icfai University Press, Hyderabad, India (2007).

**Chemical and Forensic Analysis of JFK Assassination Bullet Lots: Is A Second Shooter Possible?**, C. Spiegelman, W.A. Tobin, William D. James, Simon J. Sheather, Stuart Wexler, D. Max Roundhill, *The Annals of Applied Statistics*, Vol. 1 No. 2, 287-301 (2007); Institute of Mathematical Statistics. http://dx.doi.org/10.1214/07-AOAS119 or http://arxiv.org/abs/0712.2150. Winner of "2008 Statistics in Chemistry Award" of the American Statistical Association with cash award.

*- Noteworthy / Sample Cases -*

**TWA 800 Aircraft Disaster:** Mid-air explosion of flight TWA 800 enroute from New York's Kennedy Airport to Paris, France, on July 17, 1996.

**Mid-air Breakup of Missouri Air National Guard F-15C:** Crash of F-15C attributable to longeron fatigue failure resulting in nationwide grounding of all F-15A/B/C/D aircraft.

**Olympic Park Bombing:** Pipe bomb explosion at Centennial Park, Atlanta, GA, during 1996 Olympics.

**Charles Stuart:** National notoriety and local racial strife in Massachusetts resulting from incident where Stuart and his pregnant wife were shot in their vehicle; Stuart called "911" from his vehicle while wounded. Notoriety resulted in TV movie "Good Night, Sweet Wife" (CBS) and several books.

**U.S. v. Walter Leroy Moody:** Defendant sentenced to 7 life terms plus 400 years for mailing package bombs that killed U.S. Appellate Court Judge Robert S. Vance and civil rights attorney Edward Robinson.

**USS Iowa:** explosion aboard ship that killed numerous sailors during training operation.

**Susan B. Anthony silver dollar recovery.** Developed technique for U.S. Mint to recover thousands of mis-minted silver dollars embedded in lucite for collectors.

**U.S. v. Joseph Earl Meling;** product tampering of SUDAFED capsules; defendant convicted of contaminating capsules with sodium cyanide to murder his wife, and of causing the deaths of several consumers purchasing SUDAFED.

**Girl Scout Cookie Tampering;** nationwide alert for contaminated Girl Scout cookies.

**Train Derailment, Panama City, FL;** 129 car derailment releasing chlorine gas which killed 8 people. Incident featured in *Newsweek* and numerous other news periodicals.

**Wilberg Coal Mine Explosion**, Orangeville, UT; coal mine explosion of such severity that it took approximately two years to recover bodies of 27 miners who died in the mine.

**Scaffold Collapse, Willow Island, WV;** wire rope failure that caused collapse of scaffold used in construction of nuclear facility, resulting in 51 deaths.

**U.S. v Buck Walker & U.S. v. Stephanie Stearns;** "hippie" couple alleged to have murdered Malcolm ("Mac") and Eleanor ("Muff") Graham on Palmyra Island in the South Seas. Skull found by beachcomber on deserted beach in the South Seas 12 years later, depicted on the cover of *And The Sea Will Tell* by Vincent Bugliosi (author of *Helter Skelter* and prosecutor of Charles Manson); also subject of popular TV movie "And The Sea Will Tell" (CBS).

**Lt. Colonel William Higgins,** Commander of U. N. Forces, kidnapped and killed, Beirut, Lebanon.

**Achille Lauro Cruise Ship;** terrorism aboard cruise ship.

**Judge Alcee Hastings;** impeached Federal judge accused of misconduct and obstruction of justice.

**Train Derailment, Mobile, AL;** "Sunset Limited" derailment, worst in U.S. history, resulting in the deaths of 47 passengers on September 23, 1993.

**Environmental Disaster;** Oil spill, San Juan, Puerto Rico, January 7, 1994, involving motorized vessel (M/V) Emily S. (tug) and barge Morris J. Berman, with 662,000 gallons of #6 fuel oil.

**UNABOM;** Sixteen package bombs sent to/opened by various technical personnel.

*Oklahoma City, OK*; bombing of Murrah Federal Building on April 19, 1995.

*Patent Infringement Litigation*: *Brunswick v. U.S. Army*; materials design of radar-scattering camouflage netting used by U.S. Army in Kuwait-Iraq conflict. Devised unique testing technique to determine spatial relationship of critical component fibers for U.S. Justice Department.

*Auto Accident Due To Roadway Debris*; tragic automobile accident caused by 50-lb. steel plate falling from commercial truck under tow, nearly decapitating victim driver in vehicle behind tow, September 2000, causing massive I-95 traffic stoppage. Cause: poor maintenance and defective weldment on battery compartment of truck under tow.

*Dogwood Elementary School Fire, Reston VA*; Elementary school fire resulting in total destruction of school ($17 million loss), November 2000. Unsolved by fire investigators for months. Forensic metallurgical assistance provided to Fairfax County Fire & Rescue attributed cause of fire to defective ceiling-hung clock.

*COLLAPSE OF BUCKET TRUCK BOOM ARM*; bucket truck boom arm, used to trim and clear tree limbs from vicinity of electrical power lines in Warrenton, Virginia, collapsed during use, November 2000. Failure attributable to defective manufacturing technique (weldment).

*BICYCLE FATALITY*; Moped conversion bike, with caliper hand brakes, became uncontrollable when brakes were applied, causing rider to be ejected over handlebars, resulting in rider fatality. Loss of control attributable to improper bicycle modification.

*VEHICULAR FATALITY*; Driver stopped on Interstate 95 with mechanical problems was killed by commercial truck while awaiting roadside assistance. Metallurgical examinations confirmed that disabled vehicle's lights, including emergency flashers, were incandescent and visible at time of truck impact.

*CORROSION*: Premature condenser tubing failures. Well-known construction contractor experienced through-wall corrosion of stainless steel condenser tubing within one year of construction for utility client in Colombia, South America. Three metallurgical entities disagreed as to cause, majority concluding microbiologically induced corrosion (MIC). Indisputable determination of cause: improper heat treatment of tubing, not MIC.

*CORROSION*: Determination of cause and fault for metal building roof corrosion, installed one year earlier; Wilmington, NC.

*CORROSION*: Determination of cause & fault for metal building roof corrosion, Annandale, VA.

*CORROSION*: Determination of cause & fault for multi-million dollar power generating trailers for large-scale emergency power, Wheeling, IL.

*MISCELLANEOUS*:   Work ladders; hunter's tree stand; wire rope & cables; fire sprinkler system corrosion; foundry & casting matters; obliterated serial number & identification marking restorations; oil drilling equipment; fasteners (nails, screws, staples, bolts, nuts, *etc.*); missile guidance system components (radar waveguides); aircraft, boat and ship corrosion; automobile accidents & components (fractures, failures, speedometer, headlights, taillights, *etc.*); timing mechanisms (clocks, watches, *etc.*); manufacturing processes; statistical process control; metal building corrosion; mine disasters; transport disasters (maritime, aviation, rail); quality control; standards & specifications; welding; fires & explosions.

*Various cases featured on "America's Most Wanted", "Unsolved Mysteries", "60 Minutes", "20/20", "Dateline", "Primetime", "Eye to Eye", "48 Hours", "Forensic Files", "FBI Files", "The Discovery Channel", "The Learning Channel", CNN, Canadian Broadcasting Corp.(CBC) and National Geographic Channel.*

## *- Speaking Engagements -*

ASM, COMS (Central Ohio Metallographic Society), Columbus, OH
Ohio State University
Welding & Testing Technology 8th Annual National Conference (31 professional societies, Knoxville, TN)
ASM, Philadelphia, PA (Liberty Bell Chapter)
MTI (Metal Treating Institute), Secaucus, NJ
ASM, Hartford, CT
ASM, Bethlehem, PA
ASM, New Haven, CT
ASM, Nashua, NH
ASM, York, PA
ASM, Charlotte, NC
ASM, Cincinnati, OH
AWS (American Welding Society), York, PA
University of Pittsburgh
ASNT (American Society for Nondestructive Testing), ASM, Hampton, VA
AWS, ASM, Houston, TX
ASM, Peoria, IL
AWS, Los Angeles, CA
AWS, Baltimore, MD
AWS, Hampton, VA
ASM, Baltimore, MD
ASM, Washington, DC
ASM, Johnson City, TN
ASM, South Bend, IN (Notre Dame Chapter)
AWS, Houston, TX
AIME (American Institute of Mechanical Engineers), AWS, ASM, Beaumont, TX
SCTE (Society of Carbide and Tool Engineers), ASM, Philadelphia, PA
ASM, Portland, OR
ASM, Greensboro, NC
ASQC (American Society for Quality Control), ASM, AIME, Worcester, MA
Metal Treating Institute International Convention, Washington, DC
ASM, Baton Rouge, LA
Florida International Arson Seminar, 46th Annual, Orlando, FL
AWMI (Association of Women in the Metal Industries), Marlboro, MA
AWS, Washington, DC
SAMPE (Society for Advancement of Materials and Processing Engineers), SCTE, ASM, San Diego, CA
Florida International University
ASM, AWS, Miami, FL
MFPG (Mechanical Failures Prevention Group), 45th Session Symposium
AICE (American Institute of Carbide Engineers), ASM, AIME, Kansas City, MO
ASM, Grand Rapids, MI
ASM, Battle Creek, MI
ASM, AWS, ASNT, Rahwah, NJ
ASM, Oak Ridge, TN
ASM, South Bend, IN (Notre Dame Chapter)
Roger Williams College
ASME, ASM, East Providence, RI
ASM, Bethlehem, PA (Lehigh Valley Chapter)
COMS, ASM, ASNT, Ohio State University, Columbus, OH
ASM, AES (American Electroplaters Society), ASQC, Springfield, MA
ASM International, Montreal, Quebec, Canada
TMS (The Metallurgical Society), New Haven, CT
AWS, ASM, Beaumont, TX

AWS, ASM, Houston, TX
AWS, Tampa, FL
Case Alumni Association, Washington, DC
National Thermal Spray Convention (NTSC) '93, Anaheim, CA
26th Annual IMS Symposium, Charleston, SC
ASM, Dayton, OH
ASM, Central Carolinas Chapter, Raleigh, NC
SWE, ASM, Peoria, IL
AWMI, Cleveland, OH
AFS (American Foundrymen's Society), ASM, Saginaw, MI
U. S. Attorney's Office, Dept. of Justice, San Diego, CA
AWS, San Diego, CA
ASM, Milwaukee, WI
AWMI, Baltimore, MD
AWS, Tysons Corner, VA
ASM, Indianapolis & Muncie, IN
National Engineers Week, Akron, OH: AIIA, ASM, ASCE, ASDPE, ASME, ASHE, IEEE, SME, NAWIC,
        ASQC, ASHRAE, AIChE, ACESS, Univ. of Akron, Kent State Univ.
ASM, MIT Faculty Club, Cambridge, MA
AWMI, Dallas, TX
ASM, Baltimore, MD
University of Virginia (graduate seminar)
AWMI, Minneapolis, MN
AWMI, St. Louis, MO
Oklahoma City University School of Law
Florida Assoc. of Criminal Defense Lawyers (FACDL), Palm Beach, FL
Wisconsin Assoc. of Criminal Defense Lawyers (WACDL), Madison, WI
American University, Washington School of Law, Washington, D.C. (guest lecturer)
CLE: "Life In The Balance" Seminar, NLADA, Memphis, TN
CLE: North Carolina Association of Trial Lawyers (NCATL), Raleigh, NC.
Joint Statistics Meeting (JSM 2004), Toronto, Canada
CLE: NLADA Conference, Washington, DC.
CLE: NACDL Midwinter Meeting & Seminar, New Orleans, LA
CLE: NCATL Conference, Sunset Beach, NC.
CLE: CPD, Copper Mountain, CO
CLE: TCDLA, Dallas, TX
Georgetown University School of Law, Washington, D.C. (guest lecturer)
CLE: DCACDL, Washington, D.C.
CLE (judges only): "Science in the Courtroom", Judicial Institute of Maryland, Annapolis, MD
CLE: TCDLA, Houston, TX

## Contact Information:

*Forensic Engineering International*
*2708 Little Gunstock Road, Lake Anna, VA 23024*
*804-448-3955 voice   815-331-0654 fax   540-903-0423 cell*
*e-mail:* wtobin@feintl.com *or* wtobin@nexet.net
*Website URL: http://www.feintl.com*