The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

September 30, 2024

Re: <u>USA v. Siddiqui</u>
**Case No**. 1:08-cr-826-RMB

Dear Judge Berman:

Counsel for Defendant, Aafia Siddiqui, files this Status Report to inform the Court that Defendants' counsel have consulted with newly appointed Government counsel, Getzel Berger, Esq., AUSA, and that the Government has consented to an entry of a modified Protective Order. This Protective Order, which contains certain additional limitations upon transfer and use of the protected information, is filed, for your consideration, as an attachment to this Status Report.

Respectfully,

/s/Hassan E. Ansari/s/
_____
Hassan E. Ansari
Ansari Legal LLC
Counsel for Defendant
Aafia Siddiqui

1